55 A.3d 1050

COMMONWEALTH of Pennsylvania, Respondent,

v.

Stella SLOAN, Petitioner,

Supreme Court of Pennsylvania.

Oct. 24, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 24th day of October, 2012, the Petition for Allowance of Appeal is **GRANTED,** the Order of the Superior Court is **VACATED,** and this matter is **REMANDED** to the Superior Court for reconsideration of the trial court's analysis, and preparation of an opinion, in light of *Commonwealth v. Bradford,* 46 A.3d 693 (Pa.2012).